**CERTIFICATE OF SERVICE**

    I, the undersigned, certify and declare that I am over the age of 18 years, employed in the State of New York, served a copy of the <u>Complaint for Writ of Mandamus</u> by personal service to the following addresses:

        Andrea Quarantillo
        New York District Director, USCIS
        c/o Office of the Principal Legal Advisor
        U.S. Citizenship and Immigration Services
        United States Department of Homeland Security
        425 I Street, NW; Room 6100
        Washington, D.C. 20536

        Office of the United States Attorney
          for the Southern District of New York
        Civil Process Clerk
        86 Chambers Street, Third Floor
        New York, NY 10007

Executed on August 18, 2008 in the city of New York, State of New York.

                                                          _____
                                                          Gary J. Yerman, Esq.