UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

GU YU YING,

        Plaintiff,                   **ECF CASE**

    v.

                                                08 Civ. 7307 (RMB)

ANDREA QUARANTILLO,

        Defendant.               NOTICE OF APPEARANCE

------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         August 22, 2008

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney for the
                                           Southern District of New York

                              By:    /s/_____
                                           F. JAMES LOPREST, JR.
                                           Special Assistant United States Attorney
                                           86 Chambers Street, 3rd Floor
                                           New York, New York 10007
                                           Telephone: (212) 637-2728
                                           Facsimile: (212) 637-2786
                                           Email: james.loprest@usdoj.gov

TO:    Gary J. Yerman
        401 Broadway
        New York, NY 10013